IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DENISE ADAMS                                                                                       PLAINTIFF

v.                                        CASE NO. 2:07-CV-00154 BSM

EQUITY NATIONAL LIFE INSURANCE
COMPANY and LIFE INVESTORS
INSURANCE COMPANY OF AMERICA                                               DEFENDANTS

ORDER

Pending before this Court is Defendants' Motion to Stay Proceedings Pending Action By The Judicial Panel On Multidistrict Litigation [Doc. # 11]. In the interest of judicial economy and efficiency, the motion is granted.

IT IS SO ORDERED this 2nd day of June, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE