# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DENISE ADAMS**                                                                           **PLAINTIFF**

v.                                             **CASE NO. 2:07-CV-00154**

**EQUITY NATIONAL LIFE INSURANCE**
**COMPANY and LIFE INVESTORS**
**INSURANCE COMPANY OF AMERICA**                             **DEFENDANTS**

## ORDER

Upon plaintiff's motion, and for good cause shown, the court grants the plaintiff's motion for voluntary non-suit [Doc. No. 32]. The plaintiff's complaint is hereby dismissed without prejudice and all pending motions are denied as moot.

IT IS SO ORDERED this 6th day of August, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE